# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

| | |
|---|---|
| GINA BERNACCHI, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No. 1:23-cv-16091 |
| ) | |
| FIRST CHICAGO INSURANCE ) | Judge John Robert Blakey |
| COMPANY, and CHICAGO SEVEN CAB ) | |
| INC., ) | |
| ) | |
| Defendants. ) | |

## NOTICE OF MOTION

PLEASE TAKE NOTICE that on **January 8, 2025** at **11:00 a.m.**, or as soon thereafter as this motion may be heard, we shall appear <u>in person</u> before the Honorable Judge John Robert Blakey, or any Judge sitting in his stead in Courtroom 1203 of the Everett McKinley Dirksen United States Courthouse, Chicago, IL and present: **First Chicago Insurance Company's Motion to Take Notice of Supplemental Authority**, a copy of which is attached hereto.

Dated: December 16, 2024                               Respectfully Submitted,

                                                       Freeman, Mathis & Gary, LLP

                                           By:    /s/ *Donald Patrick Eckler*


Donald Patrick Eckler (ARDC No. 6282801)
Freeman Mathis & Gary, LLP
33 North Dearborn Street, Suite 1430
Chicago, Illinois 60602
(773) 389-6446
patrick.eckler@fmglaw.com